IC

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

RECEIVED
JAN 13 2025 gmm
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Lasalle Wesley-Nazario

Plaintiff(s),

v. MEDline

Defendant(s).

1:25-cv-00349
Judge Edmond E. Chang
Magistrate Judge Gabriel A. Fuentes
RANDOM / Cat. 2

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is Lasalle Wesley-NazariO of the county of Lake in the state of Illinois.

3. The defendant is MEDline, whose street address is 1 MEDliNE PL, (city) Mundelein (county) Lake (state) IL (ZIP) 60060

(Defendant's telephone number) (847) – 949-5500

4. The plaintiff sought employment or was employed by the defendant at (street address) 1 MEDLINE PL (city) Mundelein (county) Lake (state) IL (ZIP code) 60060

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

5. The plaintiff [***check one box***]

(a) ☐ was denied employment by the defendant.

(b) ☐ was hired and is still employed by the defendant.

(c) ☒ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about, (month) October, (day) 5th, (year) 2023.

7.1 ***(Choose paragraph 7.1 or 7.2, do not complete both.)***

(a) The defendant is not a federal governmental agency, and the plaintiff [*check one box*] ☒*has* ☐*has not* filed a charge or charges against the defendant asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

(i) ☒ the United States Equal Employment Opportunity Commission, on or about (month) October (day) 29th (year) 2024.

(ii) ☐ the Illinois Department of Human Rights, on or about (month)________ (day)______ (year)______.

(b) If charges *were* filed with an agency indicated above, a copy of the charge is attached. ☒ Yes, ☐ No, **but plaintiff will file a copy of the charge within 14 days**.

It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

7.2 The defendant is a federal governmental agency, and

(a) the plaintiff previously filed a Complaint of Employment Discrimination with the

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

defendant asserting the acts of discrimination indicated in this court complaint.

☒ Yes (month) November (day) 16th (year) 2023

☐ No, did not file Complaint of Employment Discrimination

(b) The plaintiff received a Final Agency Decision on (month) November (day) 10th (year) 2023.

(c) Attached is a copy of the

(i) Complaint of Employment Discrimination,

☒ Yes ☐ No, but a copy will be filed within 14 days.

(ii) Final Agency Decision

☐ Yes ☐ N0, but a copy will be filed within 14 days.

8. *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

(a) ☐ the United States Equal Employment Opportunity Commission has not issued a *Notice of Right to Sue.*

(b) ☒ the United States Equal Employment Opportunity Commission has issued a *Notice of Right to Sue*, which was received by the plaintiff on (month) October (day) 29th (year) 2024 a copy of which *Notice* is attached to this complaint.

9. The defendant discriminated against the plaintiff because of the plaintiff's [***check only those that apply***]:

(a) ☒ Age (Age Discrimination Employment Act).

(b) ☒ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

(c) ☐ Disability (Americans with Disabilities Act or Rehabilitation Act)

(d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(e) ☑ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(f) ☐ Religion (Title VII of the Civil Rights Act of 1964)

(g) ☐ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the ADA by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791; and for the ADEA, 29 U.S.C. § 626(c).

12. The defendant [***check only those that apply***]

(a) ☐ failed to hire the plaintiff.

(b) ☑ terminated the plaintiff's employment.

(c) ☐ failed to promote the plaintiff.

(d) ☐ failed to reasonably accommodate the plaintiff's religion.

(e) ☐ failed to reasonably accommodate the plaintiff's disabilities.

(f) ☑ failed to stop harassment;

(g) ☐ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

(h) ☑ other (specify): The Supervisor retaliated

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

against me because "thought" I WAS going to tell upper MANAgement on how she thinks she got her Supervisor position So she harrassed me on the job and off.

13. The facts supporting the plaintiff's claim of discrimination are as follows:

The Supervisor spoke MANY times on my age as she always talked about Another employee LYNN Hosier age as well to ME. the Supervisor Searra Williams made it very clear she does NOT like to fool with Black People, that we are all trouble

14. [*AGE DISCRIMINATION ONLY*] Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. ☑ Yes ☐ No

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [***check only those that apply***]

(a) ☐ Direct the defendant to hire the plaintiff.

(b) ☐ Direct the defendant to re-employ the plaintiff.

(c) ☐ Direct the defendant to promote the plaintiff.

(d) ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.

(e) ☐ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

(f) ☐ Direct the defendant to (specify): accommodate the plaintiff's age and race.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

(g) ☒ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☐ Grant such other relief as the Court may find appropriate.

Lasalle Wesley-Nazario
(Plaintiff's signature)

Lasalle Wesley-Nazario
(Plaintiff's name)

13475 N Nemesis Ave
(Plaintiff's street address)

(City) Gurnee (State) IL (ZIP) 60031

(Plaintiff's telephone number) (224) – 565-3714

Date: 1-13-2025

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Chicago District Office**
230 S Dearborn Street
Chicago, IL 60604
(800) 669-4000
Website: www.eeoc.gov

## DISMISSAL AND NOTICE OF RIGHTS

(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 10/29/2024

**To:** Lasalle Wesley-Nazario
13475 N Nemesis Ave
GURNEE, IL 60031
Charge No: 440-2024-01501

EEOC Representative and email: IRMA QUINTERO-BUENO
Investigator
irma.quintero-bueno@eeoc.gov

---

### DISMISSAL OF CHARGE

The EEOC has granted your request that the agency issue a Notice of Right to Sue, where it is unlikely that EEOC will be able to complete its investigation within 180 days from the date the charge was filed.

The EEOC is terminating its processing of this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign in to the EEOC Public Portal and upload the court complaint to charge 440-2024-01501.

On behalf of the Commission,

Digitally Signed By:Amrith Kaur Aakre
10/29/2024

Amrith Kaur Aakre
District Director

# INFORMATION RELATED TO FILING SUIT UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court* ***under Federal law****. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

## IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* this Notice**. Receipt generally means the date when you (or your representative) opened this email or mail. You should **keep a record of the date you received this notice**. Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving it (email or envelope).

If your lawsuit includes a claim under the Equal Pay Act (EPA), you must file your complaint in court within 2 years (3 years for willful violations) of the date you did not receive equal pay. This time limit for filing an EPA lawsuit is separate from the 90-day filing period under Title VII, the ADA, GINA, the ADEA, or the PWFA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA, the ADEA or the PWFA, in addition to suing on the EPA claim, your lawsuit must be filed within 90 days of this Notice and within the 2- or 3-year EPA period.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

## ATTORNEY REPRESENTATION

For information about locating an attorney to represent you, go to: https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

## HOW TO REQUEST YOUR CHARGE FILE AND 90-DAY TIME LIMIT FOR REQUESTS

There are two ways to request a charge file: 1) a Freedom of Information Act (FOIA) request or 2) a "Section 83" request. You may request your charge file under either or both procedures. EEOC can generally respond to Section 83 requests more promptly than FOIA requests.

Since a lawsuit must be filed within 90 days of this notice, please submit your FOIA and/or Section 83 request for the charge file promptly to allow sufficient time for EEOC to respond and for your review.

**To make a FOIA request for your charge file**, submit your request online at https://eeoc.arkcase.com/foia/portal/login (this is the preferred method). You may also submit a FOIA request for your charge file by U.S. Mail by submitting a signed, written request identifying your request as a "FOIA Request" for Charge Number 440-2024-01501 to the

District Director at Amrith Kaur Aakre, 230 S Dearborn Street , Chicago, IL 60604.

**To make a Section 83 request for your charge file**, submit a signed written request stating it is a "Section 83 Request" for Charge Number 440-2024-01501 to the District Director at Amrith Kaur Aakre, 230 S Dearborn Street , Chicago, IL 60604.

You may request the charge file up to 90 days after receiving this Notice of Right to Sue. After the 90 days have passed, you may request the charge file only if you have filed a lawsuit in court and provide a copy of the court complaint to EEOC.

For more information on submitting FOIA requests, go to https://www.eeoc.gov/eeoc/foia/index.cfm.

For more information on submitted Section 83 requests, go to https://www.eeoc.gov/foia/section-83-disclosure-information-charge-files.

**Cc:**
David Christlieb
Littler Mendelson, P.C.
321 N CLARK ST STE 1000
Chicago, IL 60654

Scott Mainquist
Medline Industries, LP
3 LAKES DR
Northfield, IL 60093

Taylor May
Littler Mendelson, P.C.
321 N CLARK ST STE 1100
Chicago, IL 60654

Please retain this notice for your records.

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## CHARGE OF DISCRIMINATION

For Official Use Only – Charge Number:

EEOC Form 5A (Sept. 1, 2017)

| | |
|---|---|
| **Personal Information** | First Name: LASALLE MI: ____ Last Name: WESLEY-NAZARIO<br>Address: 13475 N NEMESIS AVE Apt.: ____<br>City: GURNEE County: LAKE State: IL Zip Code: 60031<br>Phone 224-565-3714 Home ☐ Work ☐ Cell ☒ Email Address: LASALLENAZARIO@GMAIL.COM |
| **Who do you believe discriminated against you?** | Employer ☒ Union ☐ Employment Agency ☐ Other Organization ☐<br>Organization Name: MEDLINE<br>Address: 1 MEDLINE PLACE Suite: ____<br>City: MUNDELINE State: IL Zip Code: 60031 Phone: 847-949-5500 |
| **Why you believe you were discriminated against?** | Age ☒ Color ☒ Disability ☐ Genetic Information ☐ National Origin ☐<br>Race ☐ Religion ☐ Retaliation ☒ Sex ☐ |
| **What happened to you that you believe was discriminatory?** | **Date of most recent job action you believe was discriminatory:** 10/13/2023<br>**Describe briefly <u>each job action you believe was discriminatory</u> and when it happened (estimate).**<br>Through the entire month of October, 2023, I was verbally attacked by the Supervisor Searra Williams on the premises & off but this particular day we were on a virtual training & it went horribly bad. She made me so feel uncomfortable I could not perform the task although I just had proved to my coworker that I could do it. My Supervisor's tone was aggessive on the recorded training. When I hung up from the training, I sent her a text that I put her daughter's jacket on her desk (although I didnt because her desk was on the opposite side of the bldg). When got back from lunch I had a lenghty disrespectful text from her along with the words "you have been warned". I called her and she was pissed and rude. She made many remarks that she does fool with you people", You just as bad as Lynn with all her sticky notes and just to think instead of getting rid of her its gonna be you. I got all her nasty notes that she sent me on the job and also after I was terminated weeks after these comments that continued after I was gone. She sent many threats that I still have so i put a Restraint on her. She harrassed me for weeks continued to call my family. |
| **Signature and Verification** | I understand this charge will be filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address, phone, or email. I will cooperate fully with them in the processing of my charge in accordance with their procedures.<br><br>I understand by signing below that I am filing a charge of employment discrimination with the EEOC. I understand that the EEOC is required by law to give a copy of the charge, which includes my name, to the organization named above. I also understand that the EEOC can only investigate charges of job discrimination based on Age, Color, Disability, Genetic information, National Origin, Religion, Sex, or based on retaliation for: filing a charge of employment discrimination; helping in someone else's complaint about job discrimination; or complaining to the employer about job discrimination.<br><br>**I declare under penalty of perjury that the above is true and correct.**<br>**Signature:** *Lasalle Wesley-Nazario* **Date:** 5/16/2024 |

**<u>What happened to you that you believe was Discriminatory?</u>**

In Conclusion, I would like to add that Searra Williams sent a disturbing video (sex tape) of me to my daughter days after she told me to leave my laptop equipment on the desk and clock out with no reasoning behind it.

This is something I was not aware she somehow got ahold of, not knowing there was one out on me and not knowing she was going to use it as Leverage & Retaliation in case I was to tell the job about any information about her (which I had no intentions). On the text messages, she had threatened to send this tape to my kids, my friends, and my grandson. She harassed my family and myself day and night knowing I did not need to see her any longer on the job.

I also would like to add, that I am pursuing her due to the Sex Tape she virally sent to my daughter and threats of sending it to my grandson.

Knowing the type of Vile Bully that Searra Williams is, I have recently contacted the Kenosha Police Dept in case something were to happen to My Family, My Property, or her continuing to send the Sex Tape out to everyone I know. I will personally Sue her for thousands each time she sends it out and make sure she is Prosecuted to the Fullest.

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## PRE-CHARGE INQUIRY

For Official Use Only – Inquiry Number:

Thank you for contacting the U.S. Equal Employment Opportunity Commission ("EEOC"). The information you give us on this Pre-Charge Inquiry (Form 290A) will help us assist you and determine if your concerns are covered by the employment discrimination laws we enforce. Answer all questions completely and briefly. Please write clearly.

After completing this Pre-Charge Inquiry, **return it immediately** to the EEOC office identified in the cover letter to this Pre-Charge Inquiry, or to the receptionist if you are completing this Pre-Charge Inquiry in an EEOC office.

**Please note: This Pre-Charge Inquiry is not a Charge of Discrimination.**

The Pre-Charge Inquiry is **not intended** for use by applicants for federal jobs or employees of the US government. See http://www.eeoc.gov/federal/fed_employees/complaint_overview.cfm for discrimination complaints in federal jobs.

**Personal Information**

First Name: LASALLE MI: ___ Last Name: WESLEY-NAZARIO

Address: 13475 N NEMESIS AVE Apt.: ___

City: GURNEE County: LAKE State: IL Zip Code: 60031

Email: LASALLENAZARIO@GMAIL.COM Home Phone: (___)_____ Cell: (224)-565-3714

What is the best way to reach you? before 9a or noon

What are the best days and times to reach you? Mon-Sun before 9a or noonish

Date of Birth: 05 / 31 / 1972 Sex: ☐ Male ☑ Female ☐ X (unspecified or another gender identity)

Do you need language assistance? ☐ Yes ☑ No

If so, what do you need? ___

General information about you that will help us to serve all individuals better:

i. Are you Hispanic or Latino? ☐ Yes ☑ No

ii. What is your race? Choose all that apply: ☐ American Indian or Alaskan Native ☐ Asian ☑ Black or African American ☐ Native Hawaiian or Other Pacific Islander ☐ White

iii. What is your National Origin or ancestry? Afro-American

**Who can we contact if we are unable to reach you?**

Name: Lorenda Blanton Relationship: Sister

Address: ___ City: ___ State: IL Zip Code: ___

Email: ___ Home Phone: (___)___ Cell: (847) 791-6587

**THIS PRE-CHARGE INQUIRY IS NOT A CHARGE OF DISCRIMINATION**

| | |
|---|---|
| **Who do you think discriminated against you?** | ☑ Employer ☐ Union ☐ Employment Agency ☐ Other<br>Name of organization where you work(ed) or applied to: Medline<br>Address: 1 MEDLINE PLACE Suite: ____<br>City: MUNDELINE County: Lake State: IL Zip Code: 60060<br>Organization Headquarters, if different from above:<br>Name: ____<br>Address: ____ Suite: ____<br>City: ____ County: ____ State: ____ Zip Code: ____<br>Name of Human Resources Director or Owner: Rob Meier<br>Email: rmeier@medline.com Phone: (847-400-7362<br>How many employees (estimated) does the organization have at all locations? Check one:<br>☐ Less than 15 ☐ 15-100 ☐ 101-200 ☐ 201-500 ☑ More than 500 |
| **Why do you think you were discriminated against?** | You believe you were discriminated against because of:<br>☑ Race – Your race: ____<br>☑ Color – Your color: ____<br>☐ Religion – Your religion: ____<br>☐ Sex (including pregnancy, gender identity, or sexual orientation)<br>☐ National origin – Your national origin: ____<br>☑ Age (40 or older) – Your age at the time of the job action: ____<br>☐ Disability – Check all that apply:<br>☐ You have a disability<br>☐ You had a disability in the past<br>☐ You don't have a disability but you are treated as if you have a disability<br>☐ You are closely related to or associated with a person with a disability<br>What is the disability? ____<br>Is your employer aware of the disability? ☐ Yes ☐ No If yes, how?<br>____<br>☐ Genetic information (including your genetic information, your family medical history, or your participation in genetic services like counseling, education, or testing)<br>☐ Retaliation – Check all that apply:<br>☐ You filed a charge of job discrimination<br>☐ You contacted a government agency to complain about job discrimination<br>☑ You complained to your employer about job discrimination<br>☐ You helped or were a witness in someone else's complaint about job discrimination<br>☐ You requested an accommodation for your disability or religion<br>☐ None of the above – The reason for this inquiry: ____ |

**THIS PRE-CHARGE INQUIRY IS NOT A CHARGE OF DISCRIMINATION**

| | |
|---|---|
| **What happened to you that you think was discriminatory and when did it happen?** | EXAMPLES: I was denied an accommodation I needed to perform my job; I was fired because I was pregnant; I was laid off because of my age.<br>Date: 11 / 02 / 2023 Action: Supervisor said, I did not complete a task when i did. She told me to clock out & leave my equipment.<br>Date: 11 / 06 / 2023 Action: On Nov 6th,23 around 5:30pm, My Supervisor whom had gotten ahold of a sex tape on me virally sent it to my daughter that I did not know she had<br>Name and Title of Person(s) Responsible: Lasalle Nazario, Business Admin |
| **What reason(s) were you given for this job action?** | Reason(s) Its part of daily task<br>Who told you this? Searra Williams Job Title: Supervisor |

**Was another person in the same or similar situation treated the same, better, or worse than you?**
**EXAMPLES: Who else applied for the same job? Who else had the same attendance record? Who else had the same performance appraisal?**

| | |
|---|---|
| **Who was treated BETTER than you?** | 1. Name: LYNN HOSIER Job Title: Business Admin<br>Email/Phone: ____ Check how they are different from you:<br>☐ Race ☐ Color ☐ Religion ☐ Sex ☐ National Origin ☐ Age ☐ Disability<br>How were they treated better? Supervisor spoke to them on a daily and included kept them involved in work projects and daily events ,explained things Date: 10 / /2023<br>2. Name: Marlene Job Title: Business Admin<br>Email/Phone: 847-766-9560 Check how they are different from you:<br>☐ Race ☐ Color ☐ Religion ☐ Sex ☐ National Origin ☐ Age ☐ Disability<br>How were they treated better? Supervisor spoke to them on a daily, included kept them in daily work projects and daily events , explained things to them Date: 10 / / 2023 |
| **Who was treated WORSE than you?** | Name: N/A Job Title: ____<br>Email/Phone: ____ Check how they are different from you:<br>☐ Race ☐ Color ☐ Religion ☐ Sex ☐ National Origin ☐ Age ☐ Disability<br>How were they treated worse? ____<br>Date: __/__/____ |
| **Who was treated the SAME as you?** | Name: LYNN HOSIER Job Title: Business Admin<br>Email/Phone: ____ Check how they are different from you:<br>☐ Race ☐ Color ☐ Religion ☐ Sex ☐ National Origin ☑ Age ☐ Disability<br>How were they treated the same? The Supervisor treated her bad before i started working there and was going to get rid of her Date: 05 / /2023 |

**THIS PRE-CHARGE INQUIRY IS NOT A CHARGE OF DISCRIMINATION**

| | |
|---|---|
| **Are there any witnesses to any of the job actions taken against you? If yes, please provide their contact information and tell us what they will say.** | 1. Name: LYNN HOSIER Job Title: Business Admin<br>Email: ______ Phone: (____)______<br>What will they tell us? Lynn is intimidated by the Supervisor Searra Williams but Lynn was told not to assist me on my 1st day on my own in an extremely intimidating manner.<br><br>2. Name: ______ Job Title: ______<br>Email: ______ Phone: (____)______<br>What will they tell us? ______ |
| **Have you already filed a charge on this matter with the EEOC?** | ☑ Yes ☐ No<br>If yes: Date you filed: 11 / 16 / 2023 Charge Number: 440-2024-01501 |
| **Have you filed a complaint on this matter with another agency?** | ☐ Yes ☑ No<br>If yes: Agency name: ______<br>Date you filed: ___/___/______ Complaint Number: ______ |
| **Do you have someone representing you in this matter?** | ☐ Yes ☐ No<br>If yes: ☐ Attorney ☐ Union ☐ Other<br>Name: ______ Date of Contact: ___/___/______<br>Email: ______ Phone: (____)______ |
| **Privacy Act Statement** | This form is covered by the Privacy Act of 1974: Public Law 93-579. Authority for requesting personal data and the uses thereof are: 1) EEOC PRE-CHARGE INQUIRY, FORM 290A, ISSUED APRIL 2018. 2) AUTHORITY. 42 U.S.C. § 2000e-5(b), 29 U.S.C. § 211, 29 U.S.C. § 626. 42 U.S.C. §12117(a). 3) PRINCIPAL PURPOSE. The purpose of this form is to solicit information about claims of employment discrimination, determine whether the EEOC has jurisdiction over those claims, and provide charge counseling, if appropriate. 4) ROUTINE USES. EEOC may disclose information from this form to other state, local and federal agencies as appropriate or necessary to carry out the Commission's functions, or if EEOC becomes aware of a civil or criminal law violation. EEOC may also disclose information to respondents in litigation, to congressional offices in response to inquiries from parties to the charge, to disciplinary committees investigating complaints against attorneys representing the parties to the charge, or to federal agencies inquiring about hiring or security clearance matters. 5) WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION. Providing this information is voluntary but the failure to do so may hamper the Commission's assessment of your situation. It is not mandatory that this form be used to provide the requested information. EEOC Pre-Charge Inquiry, Form 290A, issued April 2018. |

Please note: You must file a charge of job discrimination within 180 days from the day you knew about the discrimination, or within 300 days from the day you knew about the discrimination if the employer is located where a state or local government agency enforces job discrimination laws on the same bases as the EEOC's laws. **This Pre-Charge Inquiry is not a charge.** If you would like to file a charge of discrimination immediately, contact the EEOC office on the cover letter. We recommend that you keep a copy of your completed Pre-Charge Inquiry and the Cover Letter for your records.

**THIS PRE-CHARGE INQUIRY IS NOT A CHARGE OF DISCRIMINATION**

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1. **FORM NUMBER/TITLE/DATE.** EEOC Form 5A, Charge of Discrimination, Sept. 1, 2017.

2. **AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

3. **PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4. **ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5. **WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging party and respondent and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

## NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so within 15 days of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

## NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of rights under the Act.

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**CHARGE OF DISCRIMINATION (Form 5A)**
**INSTRUCTION SHEET**

| This Instruction Sheet explains how to complete your charge of discrimination | |
|---|---|
| **What is the EEOC Charge of Discrimination (Form 5A)?** | The EEOC Charge of Discrimination (Form 5A) is a signed document that includes the basis for your claim of employment discrimination, the circumstances of your claim, the name and address of the employer or organization you believe discriminated against you, and a request that the EEOC take action on your claim of employment discrimination. |
| **Why is the EEOC Charge of Discrimination (Form 5A) attached to the EEOC Pre-Charge Inquiry?** | You must file a charge of job discrimination within 180 days from the day you knew the discrimination occurred, or within 300 days if the employer is located where a State or local government agency enforces employment discrimination laws on the same basis as the laws enforced by the EEOC. The time limits for state laws may differ from federal laws. You can find information about the time limits in your state by following the link to the EEOC office in your area (http://www.eeoc.gov/field/index.cfm) and then viewing the office's information on the timeliness rules for your state or locality and type of claim. If you do not file a charge of discrimination within the time limits, you will lose your rights. For more information about the time limits, go to http://www.eeoc.gov/employees/timeliness.cfm. |
| **What do I need to know about completing the Charge of Discrimination (Form 5A)?** | The EEOC can only accept charges of job discrimination based on race, color, religion, sex, national origin, age, disability, genetic information, or based on retaliation for filing a charge of job discrimination, participating in an investigation of a job discrimination complaint, or opposing job discrimination.<br><br>Your charge should consist of a clear and brief statement of the facts about the alleged unlawful employment action(s), including the date(s) of each employment action taken against you.<br><br>**FOR EXAMPLE:**<br>• "On July 1, 2017, I was denied an accommodation I needed to perform my job";<br>• "On July 1, 2017, I was fired because I was pregnant";<br>• "On July 1, 2017, I was laid off because of my age."<br><br>If you hand-write your charge, it must be legible. |
| **What happens next?** | When we receive your charge, EEOC staff will evaluate your claims to determine if EEOC will ask for additional information or close the charge. EEOC staff will then attempt to contact you to discuss your claims. We will provide more information about the charge process when we talk to you. If you have not heard from us in 30 days, please call the office on the cover letter. Please keep this Instruction Sheet and the Cover Letter for your records. Please also keep copies of your completed Charge of Discrimination (Form 5A) and your completed EEOC Pre-Charge Inquiry (Form 290A) for your records. |

Issued October 2017

EEOC

800-669-~~6820~~ 4000